# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Denise A. Novak v. Ocwen Federal Bank, FSB

Case Number:
FILED: MAY 02, 2008
08CV2528     TC
JUDGE LEINENWEBER
MAGISTRATE JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ocwen Loan Servicing, LLC as successor in interest to Ocwen Federal Bank, FSB

| | |
|---|---|
| NAME (Type or print) <br> Amy A. Kalarickal | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Amy A. Kalarickal | |
| FIRM <br> Potestivo & Associates, P.C. | |
| STREET ADDRESS <br> 134 N. LaSalle Street, Suite 2050 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6291675 | TELEPHONE NUMBER <br> (312) 263-0003 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I, Amy A. Kalarickal, do hereby certify that I served a true and correct copy of the foregoing, Attorney Appearance, on the following parties or their attorneys:

Wayne Rhine, Esq.
Friedman & Wexler, LLC
Attorneys for Plaintiff
500 W Madison St., Suite 2910
Chicago, Illinois 60661

on May 2, 2008 by enclosing a copy of the same in a well sealed envelope, by first class mail, with proper postage pre-paid and depositing the same in a United States Mail receptacle in the City of Chicago, State of Illinois by 5:00 p.m.

By: s/ Amy A. Kalarickal
One of its Attorneys

Potestivo & Associates, P.C.
Amy A. Kalarickal
134 N. LaSalle St., Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Fax: (312) 263-0002
Email: akalarickal@potestivolaw.com
ARDC #: 6291675; Cook County Firm ID #: 43932
Attorneys for Ocwen