UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DENISE A. NOVAK,** | : |
| **Plaintiff,** | : |
| v. | : Case Number 2008-cv-2528 |
| | : Hon. Judge Harry D. Leinenweber |
| **OCWEN FEDERAL BANK FSB,** | : |
| **Defendant.** | : Magistrate Judge Arlander Keys |

## OCWEN FEDERAL BANK FSB'S CORPORATE DISCLOSURE STATEMENT

In accordance with Fed.R.Civ.P. 7.1(a), Ocwen Federal Bank FSB states that Ocwen Federal Bank FSB voluntarily dissolved in July 2005.

Respectfully submitted,

Dated: May 7, 2008

By: /s/Amy A. Kalarickal
One of its Attorneys

Potestivo & Associates, P.C.
Amy A. Kalarickal (ARDC #: 6291675)
134 North LaSalle Street, Suite 2050
Chicago, Illinois 60602
Telephone: (312) 263-0003 ext. 100
Main Fax: (312) 263-0002
Email: akalarickal@potestivolaw.com
Attorneys for Ocwen

## CERTIFICATE OF SERVICE

I, Amy A. Kalarickal, do hereby certify that a true and correct copy of the foregoing, Corporate Disclosure Statement, was served upon counsel of record through operation of the Court's ECF System on May 7, 2008:

**Counsel for Plaintiff**
Wayne Rhine, Esq. – wrhine@friedmanandwexler.com
Friedman & Wexler, LLC
Attorneys for Plaintiff
500 W Madison St., Suite 2910
Chicago, Illinois 60661

By: /s/Amy A. Kalarickal
One of its Attorneys

Potestivo & Associates, P.C.
Amy A. Kalarickal (ARDC #: 6291675)
134 N. LaSalle St., Suite 2050
Chicago, IL 60602
Telephone: (312) 263-0003
Fax: (312) 263-0002
Email: akalarickal@potestivolaw.com
Attorneys for Ocwen