# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DENISE A. NOVAK | ) |
| | ) |
| Plaintiff, | ) Case No. 08 C 2528 |
| | ) |
| vs. | ) Judge Harry Leinenweber |
| | ) |
| OCWEN FEDERAL BANK FSB | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF MOTION TO REMAND TO THE
## CIRCUIT COURT OF COOK COUNTY ILLINOIS

NOW COMES the Plaintiff, DENISE A. NOVAK, by and through her attorneys, FRIEDMAN & WEXLER, LLC, by Wayne Rhine, and moves to remand this matter to the Circuit Court of Cook County, Illinois, as follows;

1. That this matter was originally filed in the Law Division of the Circuit Court of Cook County, Illinois on March 24, 2008 under the caption Denise Novak, Plaintiff, vs Ocwen Federal Bank FSB case number 2008 L 003215.

2. That subsequent thereto the defendant Ocwen by and through its attorneys Potestivo and Associates caused this matter to be removed and assigned to Honorable Judge Harry Leinenweber.

3. That currently there is a companion case entitled Wells Fargo Bank NA et., al, vs Denise Novak et., al No 04 CH 6262 now pending in the Mortgage Foreclosure Division of the Circuit Court of Cook County, Calendar II.

**4.** That said foreclosure matter involves the same parcel of realty that is involved in the pending federal action.

**5.** That for the purpose of judicial economy this matter should be remanded to the Circuit Court of Cook County.

   **WHEREFORE**, Plaintiff, Denise Novak moves that this matter be remanded to the Circuit Court of Cook County for further proceedings.

**Dated: July 18, 2008**                                        Respectfully submitted
                                                                Denise A. Novak


                                                    **By:** ___s/ Wayne Rhine_____
                                                           **Wayne Rhine, Esq.**
                                                           **Attorney for Plaintiff**

**FRIEDMAN & WEXLER, LLC**
**Attorney Wayne Rhine**
**Attorney for Plaintiff**
**500 W Madison St., Suite 2910**
**Chicago, IL. 60661 - 312-474-4532**
**Attorney Reg. #2323990**

2