# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| **DENISE A. NOVAK** | ) |
|  | ) **Case No. 08 C 2528** |
| Plaintiff, | ) |
|  | ) Judge Harry Leinenweber |
| vs. | ) |
|  | ) |
| **OCWEN FEDERAL BANK FSB** | ) |
|  | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   AMY KALARICKAL, ESQ
      POSTESTIVO & ASSOCIATES
      134 N. LASALLE ST., SUITE 2050
      CHICAGO, IL 60602

**PLEASE TAKE NOTICE** on **Tuesday, July 22, 2008** at **9:30 a.m**. or soon thereafter as counsel may be heard, I shall appear before the **Honorable Harry Leinenweber** or any judge sitting in his stead in **Room 1941** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and present plaintiff's **Motion to Remand this matter to the Circuit Court of Cook County, Illinois.**

**Dated: July 18, 2008**            Respectfully submitted
                                     Denise A. Novak

                                     **By:** ___s/ Wayne Rhine_____
**FRIEDMAN & WEXLER, LLC**              Wayne Rhine
**Attorney Wayne Rhine**
**Attorney for Plaintiff**
**500 W Madison St., Suite 2910**
**Chicago, IL. 60661 - 312-474-4532**
**Attorney Reg. #2323990**

1

## CERTIFICATION OF SERVICE

I, Wayne Rhine hereby certify that on July 18, 2008, I had plaintiffs **Notice** of **Motion and Motion to Remand** electronically filed with the Clerk of the U.S. District Court, by way of the ECF filing system which sent notification to the following attorneys of record:

Amy Kalarickal, Esq. (akalarickal@potestivolaw.com)
Postestivo & Associates
134 N. LaSalle St., Suite 2050
Chicago, IL 60602

_____s/Wayne Rhine_____
Wayne Rhine

**FRIEDMAN & WEXLER, LLC**
**Attorney Wayne Rhine**
**Attorney for Plaintiff**
**500 W Madison St., Suite 2910**
**Chicago, IL. 60661 - 312-474-4532**
**Attorney Reg. #2323990**

2