UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Denise A Novak
       Plaintiff,

v.              Case No.: 1:08−cv−02528
              Honorable Harry D. Leinenweber

Ocwen Federal Bank FSB
       Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Arlander Keys for the purpose of holding proceedings related to: settlement conference. Mailed notice.

Dated: August 28, 2008

                  /s/ Harry D. Leinenweber

                  United States District Judge